IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT PIERRE KIDD,

    Petitioner,

v.

BRIAN FOSTER,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-942-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for writ of habeas corpus filed by Robert Pierre Kidd for lack of authorization as a second or successive application.

/s/

Peter Oppeneer, Clerk of Court

12/12/2018

Date